UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA MATTHEWS, individual and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:24- CV-202-JSD |
| WALMART, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' Stipulation of Dismissal (ECF No. 17),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter as to all individual claims, with prejudice, and as too all claims asserted on behalf of a putative class, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear her/its own costs.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of October, 2024.